# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00025-CV

**Seth Elred Perricone, Appellant**

**v.**

**Heather Lynn Demian, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2009-1017D, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 1, 2021. After this Court granted multiple motions requesting extensions of time to file his brief, on September 7, we granted a final extension of time, making appellant's brief due on December 7, cautioning that no further extensions would be granted and that his failure to file his brief would result in the dismissal of the appeal. To date, the brief has not been filed, and instead appellant has filed another extension, asking for an additional 180 days to file his brief, for a total of 450 days.[1] We deny appellant's most recent motion for extension of time and dismiss the appeal. *See* Tex. R. App. P. 42.3(b), (c).

---

[1] Appellant has also filed a second "Motion in the Interest of Fairness and Justice," asking that we arrange to have additional items included in the record. We deny appellant's request to supplement the record.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed:   December 17, 2021